OLIVIERI *v.* J. TORNABELLS & CA. EN LIQUIDACIÓN.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 60.—Resuelto en Mayo 26, 1904.

OBLIGACIONES—SU EXTINCIÓN—PRUEBAS.—La prueba de las obligaciones incumbe al que reclame su cumplimiento, y la de su extinción, al que la opone.

ID.—DOCUMENTOS PÚBLICOS—TERCEROS.—Los documentos públicos hacen prueba aún contra terceros, del hecho que hubiere motivado su otorgamiento..

CONTRATOS—CAUSA LÍCITA.—Si en un contrato constare expresada la causa, no puede presumirse que no existe, y aunque no exista, siempre se presumirá que existe y que es lícita mientras no se pruebe lo contrario.

### EXPOSICIÓN DEL CASO.

En el juicio seguido en el Tribunal de Distrito de Mayagüez, entre partes, de la una, como demandante, Don Juan B. Capifali y Rioseco, en representación de su esposa Doña Ricarda Olivieri y Monsanto, y de la otra, como demandados, los Sres. J. Tornabells y Ca. en liquidación, sobre otorgamiento de una escritura de carta de pago, cuyo juicio pende ante Nos á virtud de recurso de apelación interpuesto por la parte demandante contra la sentencia que pronunció dicho Tribunal, habiendo representado y defendido á la parte recurrente ante esta Corte Suprema los abogados Don Herbert E. Smith y Don Cruz Castro sucesivamente, y á la Sociedad recurrida el abogado Don Damian Monerrat.

*Resultando*: que la expresada sentencia copiada á la letra dice así:

Sentencia.—En la ciudad de Mayagüez á veinte y siete de Junio de mil novecientos tres. Visto en juicio oral y público este juicio verbal civil, seguido entre partes: de la una como demandante, Don Juan Bautista Capifali y Rioseco, propietario, de esta vecindad, en representación de su esposa, Doña Ricarda Oliveri y Monsanto, también de este domicilio, á quien defendió en un principio el abogado Don Robustiano Biaggi y más tarde Mr. Herbert E. Smith y de la otra parte, los Sres. J. Tornabells & Ca., en liquidación representados

por el Letrado Don Ramón Roura, como demandados, sobre otorga-
miento de una escritura de carta de pago.

1°.  *Resultando* : que Doña Ricarda Olivieri y Monsanto, dedujo
demanda contra los Sres. J. Tornabells & Ca., alegando como hechos
que por escritura pública de 7 de Abril de 1897, otorgada ante el
Notario Don Juan Zacarías Rodríguez, reconoció adeudar á los Sres.
J. Tornabellas & Ca., la cantidad de dos mil pesos, moneda provincial
por hábérsela facilitado en diversas fechas y partidas, obligándose á
satisfacer dicha suma, el día 31 de Diciembre de1902, sin prémio ni
interés alguno, y en garantía 'del pago constituyó hipóteca sobre una
estancia de su propiedad, radicada en el barrio de Río Cañas Arriba,
antes Furnias, del término municipal de Las Marías, destinada á café
y pasto, con una cabida de 25 cuerdas, 23 céntimos, en lindes por el
Norte con terrenos de Don León Olivieri y de la Sucesión de Doña
María Barrientos, por el Este con terrenos de Guadalupe Lecler, y
por el Oeste con terrenos de Mariana del mismo apellido, teniendo
por objeto ese contrato, que Doña Ricarda Olivieri y Monsanto
garantizase las operaciones que Don Juan Bautista Capifali debía
comenzar en cuenta corriente para sus necesidades y atenciones con
la casa de J. Tornabells y Ca., suministrándole ésta provisiones, como
así se efectuó, y desde el otorgamiento de la escritura dieron princi-
pio aquellas operaciones, 'que duraron hasta el año 1899 ; que en el
transcurso de esos tres años tomaba provisiones y abonaba en la casa
de J. Tornabells y Ca., el Sr. Capifali, cuyo crédito estaba limitado á
la garantía en su favor prestada por la esposa, y de ese modo saldó
completamente con dicha sociedad todas sus cuentas ; que Doña
Ricarda Olivieri nada debía directa y personalmente, como tampoco
debe en la actualidad, desde que su marido pagó á los Sres. Tor-
nabells y Ca. y con.cita de los artículos 1221, 1223, 1134, 1748 y 1068
del Código Civil, y de la Orden General No. 118, serie de 1899, ter-
minó suplicando, que se condenase á los Sres. J. Tornabells y Ca. en
liquidación á otorgar carta de pago á favor de Doña Ricarda Olivieri
y Monsanto, esposa de Don Juan Bautista Capifali y Ríoseco, por
la cantidad de dos mil pesos provinciales, ó sean mil doscien-
tos pesos oro americano, importe de la hipoteca constituida por escri-
tura de 7 de Abril de 1897, prestando su consentimiento para que se
cancele, y no pudiendo verificarlo por haber traspasado el crédito á
un tercero, consigne la referida suma de mil doscientos pesos oro ame-
ricano, á la disposición de Doña Ricarda Olivieri, para que ésta
pueda pagarlos al tenedor del crédito, y obtener la cancelación, impo-

niendo las costas á los demandados, y condenándoles también á la indemnización de daños y perjuicios.

2°. *Resultando*: que emplazados los Sres. J. Tornabells y Ca. en liquidación, comparecieron en estos autos, oponiéndose á la demanda, á cuyo efecto, expusieron, que por escritura pública otorgada en esta ciudad, el día 7 de Abril de 1897, ante Don Juan Zacarías Rodríguez, Notario que fué de esta ciudad, Doña Ricarda Olivieri y Monsanto, asistida de su legítimo esposo Don Juan Bautista Capifali, confesó deber á la sociedad J. Tornabells y Ca., la cantidad de dos mil pesos de la moneda entonces corriente, que dicha mercantil le había facilitado anteriormente, y se obligó á satisfacer esa suma sin prémio ni interés alguno, en la fecha fijada en el documento, y para responder del cumplimiento de lo convenido, hizo la deudora hipoteca sobre una finca que de un modo incompleto se describe en la demanda, cuyos hechos 3°., 4°. y 5°. negaba en absoluto, toda vez que se intentaba hacer extensiva la escritura de 7 de Abril de 1897 á casos, cosas, actos, y obligaciones que no fueron objeto del documento, y alegando como puntos de su derecho, los artículos 1186, 1221, 1223, 1243, 1245, 1250, 1268 del Código Civil, y la regla general de que las costas se imponen siempre á la parte cuyas pretensiones sean totalmente desestimadas, terminó suplicando, que se dictase sentencia declarando sin lugar la demanda, con las costas á cargo de la parte actora.

3° *Resultando*: que señalado día para una comparecencia, tanto la parte demandante como los demandados, propusieron la prueba que estimaron procedente, consistiendo en documental, de cotejo, de confesión y de testigos, que se admitió como pertinente, por el tribunal, señalándose para el acto del juicio oral el día veinte del actual.

4°. *Resullando*: que entre la prueba de Doña Ricarda Olivieri y Monsanto, se solicitó y se trajo á estos autos la escritura de cesión de crédito hipotecario hecha por J. Tornabells y Ca. en liquidación, á favor de J. Julius Codpe de Hamburgo, autorizada por el Notario de esta ciudad, Don Mariano Riera Palmer, el 22 de Enero del pasado año 1902, por la que Don Cárlos Doitteau y Ponce de León en representación de los Sres. J. Tornabells y Ca. en liquidación, traspasó en adjudicación en pago á dicha casa de Alemania la cantidad que le adeudaba Doña Ricarda Olivieri; se cotejaron varias cuentas de J. Tornabells y Ca. con sus libros comerciales, y declararon ante el Tribunal varios peritos y testigos.

5°. *Resullando*: que J. Tornabells y Ca. produjo la escritura núm. 115 del protocolo de Don Juan Zacarías Rodríguez otorgada en 7 de Abril de 1897 por la que Doña Ricarda Olivieri y Monsanto,

acompañada de su marido Don Juan Bautista Capifali y Río Seco confesó adeudar á la sociedad mercantil J. Tornabells y Ca. la cantidad de dos mil pesos moneda corriente, que dicha sociedad le había facilitado en diversas fechas y partidas y se obligó á pagarlas sin premio ni interés alguno el día 31 de Deciembre de 1902, constituyendo hipoteca especialmente sobre una finca rústica radicada en el barrio de Río Cañas Arriba, antes Furnias, No. 1, del término municipal del pueblo de Las Marías, partido judicial de esta ciudad.

6°.  *Resultado*: que señalado día para la votación de la sentencia, recayó ésta por unanimidad de lós Sres. Jueces, y que en el presente juicio se han cumplido las prescripciones del procedimiento.

*Visto,* siendo Juez Instructor para la redacción de esta sentencia Mr. James A. Erwin.

1°.  *Considerando*: que es principio consignado en el artículo 1182 del Código Civil, que incumbe la prueba de las obligaciones al que reclama su cumplimiento, y la de su extinción al que la opone, de lo que se desprende clara y lógicamente, que si Doña Ricarda Olivieri y Monsanto satisfizo á J. Tornabells y Ca. en liquidación, ya directamente, ó ya por conducto de su esposo Don Juan Bautista Capifali, ese crédito, ha debido así justificarse cumplidamente.

2°.  *Considerando*: que lejos de hacerse así consta por modo claro que Doña Ricarda Olivieri el día 7 de Abril de 1897, ante el Notario Don Juan Zacarías Rodríguez, confesó adeudar á J. Tornabells y Ca. la suma de dos mil pesos de la moneda entonces corriente, que debía satisfacer el día treinta y uno de Diciembre de 1902, y es sabido que según el artículo 1186 del Código Civil, los documentos públicos hacen prueba contra los contratantes y aún contra tercero, del hecho que motiva su otorgamiento.

3°.  *Considerando*: que expresada en la escritura aludida de 7 de Abril de 1897, la causa del contrato, no hay términos hábiles para presumir que no existe y aún suponiendo esto último tal circunstancia ha debido probarse por Doña Ricarda Olivieri y Monsanto, de conformidad con lós artículos 1243 y 1244 del Código Civil.

4°.  *Considerando*: por lo expuesto, que no existe prueba de pago ni de la falsedad de la causa de la obligación hipotecaria, otorgada por la demandante á J. Tornabells y Ca.

*Vistas* las disposiciones citadas y el artículo 63 de la Orden General No. 118 serie de 1899.

*Fallamos* que debemos declarar y declaramos sin lugar la demanda, y en su consecuencia absolvemos de ella á los Sres. J. Torna-

bells y Ca. en liquidación, con las costas á Doña Ricarda Olivieri y Monsanto.

Así por esta nuestra sentencia, definitivamente juzgando lo pronunciamos, mandamnos y firmamos.—Arturo Aponte.—J. A. Erwin.—Enrique González Darder."

*Resultando* : que contra esta sentencia interpuso la representación de Doña Ricarda Olivieri recurso de apelación que le fué admitido, y elevados los autos á esta Corte Suprema, prévia citación y emplazamiento de las partes, éstas evacuaron el trámite de instrucción, señalándose día para la vista, que tuvo lugar sin asistencia de sus respectivos letrados.

Abogados del apelante: *Sres. Smith y Castro (Cruz).*

Abogado del apelado: *Sr. Monserrat.*

EL JUEZ ASOCIADO SR. HERNÁNDEZ, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia apelada.

*Vistas* las disposiciones legales que en ella se citan.

*Fallamos* : que debemos confirmar y confirmamos la sentencia dictada por el Tribunal de Distrito de Mayagüez en 27 de Junio del año próximo pasado, con las costas á cargo de la parte apelante; y devuelvánse los autos á dicho Tribunal con la certificación corespondiente.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Figueras y MacLeary.

. El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.